IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| OSCARSON, OSCAR FRED | ) | CASE NO. 05-52473-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    **United States Bankruptcy Court**
           **Courtroom 644**
           **219 South Dearborn Street**
           **Chicago, IL 60604**
    On:    **September 18, 2007**         Time:  10:30 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
    Receipts                                                $36,952.52
    Disbursements                                               $26.20
    Net Cash Available for Distribution                     $36,926.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $4,445.25 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $15,289.00 | $111.29 |
| POPOWCER KATTEN, LTD Acct/Trustee | $0.00 | $924.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed priority claims are: none
7. Claims of general unsecured creditors totaling $713,109.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.27%. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Bank FSB | $38,580.49 | $874.11 |
| 4 | Green Bay Packaging, Inc. | $668,441.23 | $15,144.75 |
| 5 | American Express | $1,191.46 | $26.99 |
| 6 | MBNA America Bank NA | $4,896.06 | $110.93 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtor has been discharged.
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report at the hearing:          Townhouse

Date: AUGUST 2, 2007

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: Andrew J. Maxwell
Address: 105 W. Adams
Suite 3200
Chicago, IL 60603
Phone No.: (312) 368-1138

**SERVICE LIST**
**OSCAR FRED OSCARSON**
**05 B 52473**

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL  60603

Lois West
Popowcer Katten , Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601-2207