IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| OSCARSON, OSCAR FRED | ) | CASE NO. 05-52473-PSH |
| | ) | |
| Debtor(s) | ) | Hon. PAMELA S. HOLLIS |
| | ) | BANKRUPTCY JUDGE |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **United States Bankruptcy Court
   Courtroom 644
   219 South Dearborn Street
   Chicago, IL 60604**
   On: **September 18, 2007**        Time: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                    $36,952.52
   Disbursements                                    $26.20
   Net Cash Available for Distribution          $36,926.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ANDREW J. MAXWELL, Trustee | $0.00 | $4,445.25 | $0.00 |
| MAXWELL & POTTS, LLC, Atty/Trustee | $0.00 | $15,289.00 | $111.29 |
| POPOWCER KATTEN, LTD Acct/Trustee | $0.00 | $924.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none
6. Allowed priority claims are: none
7. Claims of general unsecured creditors totaling $713,109.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.27%. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | American Express Bank FSB | $38,580.49 | $874.11 |
| 4 | Green Bay Packaging, Inc. | $668,441.23 | $15,144.75 |
| 5 | American Express | $1,191.46 | $26.99 |
| 6 | MBNA America Bank NA | $4,896.06 | $110.93 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
10. Debtor has been discharged.
11. The Trustee proposes to abandon all property of the estate not specifically administered, as listed on Form 1 attached as a part of the Trustee's Final Report at the hearing:        Townhouse

By: __**KENNETH S. GARDNER**__
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Andrew J. Maxwell |
| Address: | 105 W. Adams |
| | Suite 3200 |
| | Chicago, IL 60603 |
| Phone No.: | (312) 368-1138 |

Case 05-52473    Doc 55    Filed 08/02/07    Entered 08/04/07 23:39:08    Desc Imaged
Certificate of Service    Page 2 of 4

**SERVICE LIST**
**OSCAR FRED OSCARSON**
**05 B 52473**

Andrew J. Maxwell
Maxwell & Potts, LLC
105 West Adams Street, Suite 3200
Chicago, IL 60603

Lois West
Popowcer Katten , Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL 60601-2207

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...2473   Doc 55   Filed 08/02/07   Entered 08/04/07 23:39:08   Desc Imaged
              Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1              Date Rcvd: Aug 02, 2007
Case: 05-52473                 Form ID: pdf002          Total Served: 23

The following entities were served by first class mail on Aug 04, 2007.
db          +Oscar Fred Oscarson,   1762 Pebble Beach Drive,   Schaumburg, IL 60169-1176
aty         +Andrew J Maxwell,   Maxwell & Potts, LLC.,   105 West Adams Street  Ste 3200,
              Chicago, IL 60603-6209
aty         +Jaclyn H. Smith,   Maxwell & Potts LLC,   105 W. Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
aty         +Joel A Brodsky,   Brodsky & Odeh,   8 S Michigan Ave, Ste 3200,   Chicago, IL 60603-3320
aty         +Maxwell & Potts LLC,   105 West Adams Ste 3200,   Chicago, Il 60603-6209
aty         +Robert R Benjamin,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,
              Chicago, IL 60604-2686
aty         +Scott N. Schreiber,   Stahl Cowen Crowley,   55 W. Monroe Street,   Suite 1200,
              Chicago, IL 60603-5127
aty         +Vikram R Barad,   Maxwell & Potts, LLC,   105 W. Adams Street, Suite 3200,
              Chicago, IL 60603-6209
aty         +William S Hackney,   Much Shelist,   191 N Wacker Drive Ste 1800,   Chicago, IL 60606-1615
tr          +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
10178805     AT&T Universal Card,   PO Box 44167,   Jacksonville, FL 32231-4167
10178803     American Express,   P.O. Box 360002,   Ft. Lauderdale, FL 33336-0002
10698657     American Express,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10178804     American Express,   Customer Service,   777 American Expressway,   Fort Lauderdale, FL 33337-0001
10686997     American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10178807     Chase,   PO Box 15153,   Wilmington, DE 19886-5153
10178806     Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
10687722    +Green Bay PackagIng, Inc.,   1700 N. Webster Court,   Green Bay, WI 54302
10702633    +Green Bay Packaging Inc,   PO Box 19017,   Green Bay, WI 54307-9017
10178808    +Green Bay Packaging, Inc.,   Scott N Schreiber , Much Shelist,   191 N Wacker Dr #1800,
              Chicago, IL 60606-1615
10581765    +John J Monoco Products Company Inc,   3120 W Lake Street,   Melrose Park IL 60160-2920
10178809    +MBNA America Bank NA,   PO Box 15168,   Wilmington, DE 19850-5168
10178810    +Washington Mutual,   PO Box 834,   Seattle, WA 98111-0834

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Steven S Potts
acc          Lois West,   Popowcer Katten Ltd
aty*        +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
              Chicago, IL 60603-6209
                                                                                               TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2007**           Signature:  _Joseph Speetjens_